ORIGINAL

MARIO AVILES
701 WILLOUGHBY AVENUE APT.6A
BROOKLYN, NEW YORK 11206



MARCH 28, 2016

Honorable Marilyn D. Go
U.S District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Amended Complaint

Aviles v. NYC Housing Police et al
#1:15-cv-02629MDG

Re:   Aviles v. New York City Housing Police et al
      #: 1:15-cv-02629-KAM-MDG

Dear Honor Go,

I thank you for granting me the time to amend my complaint. Please accept this correspondence as my amended complaint to correct information omitted from original complaint.

My arrest dates in question was on 6/17/14, I was arrested by Police Officer Allison Bertholomew, Shield No. 24772 from 63rd pct., second arrest 7-14-14 Police Officer John Cataldi, Shield No. 1712 assigned to Brooklyn Narcotics North.

Both officers Bertholomew and Cataldi refused me medical attention and intentionally treated me outside the scope of their civic duties by recklessly stepping on my hernia and neglecting my cries for medical attention their intentional misconduct has caused me physical and psychological trauma on a daily basis.

It has been brought to my attention that the defendant's representive Jorge Marquez is willing to discuss resolution issues without further court interventions. Mr. Marquez has scheduled me for a conference call to discuss resolution issues on April 8, 2016.

Due to the defendant's lastest developments to discuss resolution issues on April 8, 2016, I would like this court to hold this amended correspondence in abeyance until April 9, 2016.

I thank you for your time and patience in this matter.

Sincerely, *Mario Aviles*

Mario Aviles

cc:   Jorge Marquez & David Micheal Pollack
      New York City Law Dept.
      100 Church Street
      New York, NY 10007

THAKUR PERSAUD
Notary Public, State of New York
No. 01PE6277103
Qualified in Queens County
Commission Expires March 04, 2017

3/29/16